IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHAEL A. PALMER,<br><br>  Defendant,<br><br>KINGDOM PROJECTS, INC.,<br><br>  Garnishee. | Case No. 11-4008-01-CR-C-NKL |

## GARNISHEE ORDER

A Writ of Continuing Garnishment has been issued and served upon the garnishee. Pursuant to the Writ, the garnishee filed an Answer on September 27, 2016, stating that at the time of service of the Writ it had in its possession or under its control wages belonging to and due the defendant in the amount of $151.74, which amount represents 25% of defendant's net wages, and that the garnishee was holding said funds.

Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that garnishee pay over to plaintiff the amount held, and that garnishee continue to withhold and pay over 25% of defendant's net wages to plaintiff. Said payments should be made payable to the "Clerk of the Court" and forwarded to the address below with the defendant's name and case number 11-4008-01-CR-C-NKL on the check:

      United States District Court Clerk
      Charles Evans Whittaker Courthouse
      400 E. 9th Street, Room 1510
      Kansas City, MO 64106

IT IS FURTHER ORDERED that this garnishment remain in effect until satisfaction of the debt owed to plaintiff, defendant cease employment with the garnishee (unless the garnishee reinstates or re-employs the defendant within 90 days after the defendant's dismissal or resignation), or by an order of this Court quashing the Writ of Continuing Garnishment.

      SO ORDERED.

                                                      s/ Nanette K. Laughrey
                                                      NANETTE K. LAUGHREY
                                                      United States District Judge

Dated: October 17, 2016
Jefferson City, Missouri